IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01365-WYD

JESSICA SABRINA MARJERRISON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed on September 16, 2013 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that this case is REVERSED AND REMANDED to the Commissioner for further fact finding as directed in this Order pursuant to sentence four in 42 U.S.C. § 405(g).

    DATED at Denver, Colorado this <u>16th</u> day of September, 2013.

                                            FOR THE COURT:

                                            JEFFREY P. COLWELL, CLERK

                                            <u>By: s/ Edward P. Butler</u>
                                            Edward P. Butler,
                                            Deputy Clerk