IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01365-WYD

JESSICA SABRINA MARJERRISON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the "Stipulation for Equal Access to Justice Act Attorney's Fees" filed on December 11, 2013, which I will construe as a stipulated motion for fees.  The parties advise the Court that they have agreed to stipulate to an award of attorney's fees under the Equal Access to Justice Act in the amount of $5,600.00.  Fining good cause for the relief sought by the parties, it is

ORDERED that the stipulated motion for fees under the Equal Access to Justice Act (ECF No. 23) is **GRANTED**.  Attorney fees in the amount of **$5,600.00** are awarded to and shall be made payable to Plaintiff, sent to him care of his attorney at the address provided in the stipulated motion.

Dated January 2, 2014

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    Senior United States District Judge